BRADLEY v. HALL

No. 63P97

Case below: 125 N.C.App. 211

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

BRIETZ v. PLANK

No. 512P96

Case below: 124 N.C.App. 456

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

BULLINS v. ABITIBI-PRICE CORP.

No. 547P96

Case below: 124 N.C.App. 530

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

CAUBLE v. SOFT-PLAY, INC.

No. 548P96

Case below: 124 N.C.App. 526

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.

CHAPMAN v. BYRD

No. 461P96

Case below: 124 N.C.App. 13

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 April 1997.